UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
July 25, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) Case No. 2:11MJ00213-GGH
      Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
MIGUEL MONTANO-MARTINEZ, )
)
      Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MIGUEL MONTANO-MARTINEZ , Case No. 2:11MJ00213-GGH , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

     X  (Other) Sentenced to time served.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 25, 2011  at  2:00 PM  .

                      By  /s/ Gregory G. Hollows
                              Gregory G. Hollows
                              United States Magistrate Judge